| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)*<br>1:19CR10079 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

CR 19 0283 RS

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | DISTRICT OF<br>MASSACHUSETTS | Criminal, D/MA, Boston |
| John Vandemoer | NAME OF SENTENCING JUDGE<br>Honorable Rya W. Zobel, Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED<br>RELEASE: | FROM<br>06/12/2019 | TO<br>Present |

| OFFENSE |
|---|
| Racketeering Conspiracy, in violation of 18 U.S.C. § 1962(d) |

FILED

**PART 1 - ORDER TRANSFERRING JURISDICTION**

JUN 25 2019

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF MASSACHUSETTS</u>

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Northern District of California** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.  *

| June 20, 2019 | Rya Zobel |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District of California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 6/24/19 | |
|---|---|
| Effective Date | United States District Judge |